UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Jonathan Lewis,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>State of Nevada, *et al.*,<br><br>　　　　　　Defendants. | Case No. 3:23-cv-00469-ART-CSD<br><br>ORDER |

**I.      DISCUSSION**

On September 20, 2023, Plaintiff, then a prisoner in the custody of the Nevada Department of Corrections ("NDOC"), initiated this prisoner civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1.) On October 4, 2024, this Court issued a screening order and stayed the case to give the parties an opportunity to settle their dispute. (ECF No. 7.) The order dated December 18, 2024, setting the Inmate Early Mediation Conference was served on Plaintiff at Northern Nevada Correctional Center, his address of record, but was returned as undeliverable with the notation that Plaintiff was deceased. (*See* ECF Nos. 11, 12, 13.)[1] On January 15, 2025, Defendants filed a suggestion of death on the record. (ECF No. 15.)

Pursuant to Federal Rule of Civil Procedure 25(a)(1), "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. P. 25(a)(1). More than 90 days has passed, and

---

[1] https://doc.nv.gov/uploadedFiles/docnvgov/content/About/Press_Release/Death%20Jonathan%20Lewis%201154344.pdf.

1

1  no party has filed a motion to substitute. The Court accordingly dismisses the
2  case.

3  **II.   CONCLUSION**

4  It is therefore ordered that this case is dismissed. The Clerk of Court is
5  directed to enter judgment accordingly and close this case.

7  Dated this 22nd day of April 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE